1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KUANG-BAO P. OU-YOUNG, | ) | Case No.: 14-CV-080017 LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER RE: RECUSAL |
| | ) | |
| JOHN ROBERTS, CLAUDIA WILKEN, EDWARD CHEN, LUCY KOH, HOWARD LLOYD, MARTHA BROWN, TIFFANY SALINAS-HARWELL, ERIC HOLDER, MELINDA HAAG, CLAIRE CORMIER, JAMES SHARF, | ) | |
| Defendants. | ) | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case. The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings. All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: January 24, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

*United States District Court*
*For the Northern District of California*